JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Michael Casillas

        Plaintiff,

v.

Experian Information Solutions, Inc et al

        Defendants.

Case No.  CV 15-01089-AB (JEMx)

ORDER DISMISSING CIVIL ACTION

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  January 20, 2016

_____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

1.